UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMANU MILO,<br><br>Plaintiff,<br><br>v.<br><br>ANNA MARIE SCHUBERT, et al.,<br><br>Defendant. | No. 2:19-cv-00176-TLN-CKD<br><br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 17, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 17, 2020, are ADOPTED IN FULL;

2. Plaintiff's first amended complaint is DISMISSED without leave to amend for failure to state a claim; and

3. The Clerk of Court is directed to close this case.

DATED:  May 27, 2020

Troy L. Nunley  
United States District Judge